(No. 81-CC-1163–

MARY M. ANDERSON *et al.*, Claimants, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed July 29, 1982.*

MARY M. ANDERSON *et al.*, *pro se*, for Claimants.

TYRONE C. FAHNER, Attorney General (WILLIAM E. WEBBER, Assistant Attorney General, of counsel), for Respondent.

ROE, C. J.

This cause coming on to be heard on the stipulation of the Respondent and the Court being fully advised in the premises finds that this is a claim for payroll funds withheld for the purpose of paying annuity premiums which funds, as a result of the invoice voucher being misplaced, were never paid over to the annuity company as they were supposed to have been.

It is therefore ordered that the Comptroller pay over to the IDS, Box 499, Minneapolis, Minnesota 55440, the

sum of two hundred and 00/100 ($200.00) dollars on behalf of employees as follows:

| | |
|---|---:|
| Mary M. Anderson | $50.00 |
| Glenda K. Becker | 50.00 |
| Janet Pyers | 25.00 |
| Howard P. Wahl | 75.00 |